PER CURIAM.

(No. 6999 ■■■■■■■■■■■■■■)

KLINGBERG SCHOOLS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 8, 1973.*

KLINGBERG SCHOOLS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.